## People of State of Illinois, Defendant in Error, v. John A. Gavurnik, Plaintiff in Error.

### Gen. No. 45,837.

Thaddeus C. Toudor, and Zoe Kuta, for plaintiff in error; John S. Boyle, State's At-

torney of Cook county, for defendants in error; John T. Gallagher, Rudolph L. Janega, Arthur F. Manning, and William J. McGah, Jr., Assistant State's Attorneys, of counsel. Opinion by JUSTICE TUOHY. Not to be published in full. Opinion filed December 9, 1952; released for publication December 23, 1952.